**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 14-6016**

_____

ANTOINE HILL,

             Plaintiff - Appellant,

      v.

UNITED STATES OF AMERICA,

             Defendant - Appellee.

_____

Appeal from the United States District Court for the Eastern District of Virginia, at Richmond.   Robert E. Payne, Senior District Judge.  (3:11-cv-00480-REP)

_____

Submitted:  April 17, 2014          Decided:  April 22, 2014

_____

Before WILKINSON, KING, and DUNCAN, Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

Antoine Hill, Appellant Pro Se.  Gurney Wingate Grant, II, Assistant United States Attorney, Richmond, Virginia, for Appellee.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Antoine Hill appeals the district court's order dismissing his Fed. R. Crim. P. 41(g) motion for return of seized property. We have reviewed the record and find no reversible error. Accordingly, we affirm the district court's order. Hill v. United States, No. 3:11-cv-00480-REP (E.D. Va. Dec. 19, 2013). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED